# IN THE UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**CIVIL ACTION FILE NO.: 3:25-cv-556**

| | |
|---|---|
| ARLEE WALLACE,<br><br>        Plaintiff<br>v.<br><br>SCHINDLER ELEVATOR CORPORATION and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendants. | **NOTICE OF REMOVAL** |

TO:    Ms. Arlee Wallace
           c/o Christina M. Mason, attorney of record,
           The Payne Firm, P.C.
           112 south Tryon Street, Suite 1560
           Charlotte, NC 28202
           cmason@paynelawfirm.com

        Defendants Schindler Elevator Corporation ("Schindler") and Zurich American Insurance Company ("Zurich") hereby remove the action commenced by Plaintiff Arlee Wallace ("Plaintiff") from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, Charlotte Division.

        A civil action was commenced by Plaintiff on or about February 21, 2025, and a Summons was issued on March 6, 2025 for Schindler and Defendant City of Charlotte ("City"). The Summons and Complaint was served upon Schindler on March 7, 2025. The City filed its Motion to Dismiss on April 15, 2025 and Schindler filed its Motion to Dismiss on May 5, 2025. The parties consented to Plaintiff's Motion to Amend Complaint and Plaintiff subsequently filed a First Amended Complaint adding Defendant Zurich and removing the City on June 30, 2025,

and also separately dismissed with prejudice the City on June 30, 2025, thus creating complete diversity.

This matter is now pending in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, designated as Case No. 25CV009862-590. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders from the state court file are attached hereto as **Exhibits A-P**.

1. This Notice of Removal is being filed within thirty days of the receipt and filing of the voluntary Notice of Dismissal of Defendant City of Charlotte with prejudice and Plaintiff's First Amended Complaint, which establishes complete diversity and removal jurisdiction pursuant to 28 U.S.C. § 1446(B)(3).

2. No further proceedings have been had in the General Court of Justice, Superior Court Division, Mecklenburg County, since the filing of the voluntary dismissal and amended complaint.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) in that the parties to this action are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

4. There is complete diversity in this case as of the date of this notice.

5. According to the Amended Complaint, Plaintiff Arlee Wallace is a resident of Crittenden County, Arkansas.

6. Defendant Schindler Elevator Corporation is a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business in Morristown, New Jersey.

7. Defendant Zurich American Insurance Company is a foreign corporation organized and existing under the laws of New York, New York with its principal place of business in Schaumberg, Illinois.

8. Plaintiff has alleged loss of consciousness and injuries to her left arm and left shoulder, incurring medical expenses therefor, and Plaintiff has alleged that she has suffered permanent bodily injuries that impair her ability to return to work in her normal capacity, including loss of earnings.

9. Plaintiff has alleged that she "has sustained and continues to sustain injuries and damages in an amount to be proven at trial, but currently believed to exceed Twenty-Five Thousand Dollars ($25,000.00)" only, upon information and belief, because of the pleading constraints of N.C. Gen. Stat. 1A-1, Rule 8(a)(2) that prohibit stating a claim in excess of such amount in negligence cases. Therefore, the amount of damages in controversy is greater than $75,000.00 exclusive of interest and costs.

9. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 removal of the above-captioned state court action is timely and appropriate.

10. Promptly after filing this Notice of Removal, Defendants will serve upon the Plaintiff and file with the Clerk of Superior Court of Mecklenburg County, as required by law, a "Notice of Filing of Notice of Removal" (without exhibits) in the form attached as **Exhibit Q**.

11. Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the action is pending.

WHEREFORE, Defendants pray that this action be removed to this Court for further proceedings as though this action had originally been instituted in this Court.

This the 29th day of July, 2025.

                YOUNG MOORE AND HENDERSON, P.A.

        BY:   */s/ Walter E. Brock, Jr.*
                WALTER E. BROCK, JR.
                N.C. State Bar No.: 8195
                DAVID W. EARLEY
                N.C. State Bar No. 46577
                3101 Glenwood Avenue, Suite 200
                Raleigh, NC 27612
                Ph: 919-782-6860
                Fax: 919-782-6753
                Email: Walter.Brock@youngmoorelaw.com
                Email: David.Earley@youngmoorelaw.com
                *Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and served the foregoing document upon the attorneys shown below via email and by depositing a copy of same in the United States mail, postage prepaid, addressed to said attorneys.

This the 29th day of July, 2025.

        YOUNG MOORE AND HENDERSON, P.A.

BY:   */s/ Walter E. Brock, Jr.*
       WALTER E. BROCK, JR.
       N.C. State Bar No.: 8195
       DAVID W. EARLEY
       N.C. State Bar No. 46577
       3101 Glenwood Avenue, Suite 200
       Raleigh, NC  27612
       Ph:  919-782-6860
       Fax:  919-782-6753
       Email:  Walter.Brock@youngmoorelaw.com
       Email:  David.Earley@youngmoorelaw.com
       *Counsel for Defendants*

Served on:

Christina M. Mason
The Payne Firm, P.C.
112 south Tryon Street, Suite 1560
Charlotte, NC 28202
cmason@paynelawfirm.com
*Attorneys for Plaintiff*

950017-51/6940526