IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:25-cv-556

ARLEE WALLACE,

    Plaintiff

v.

SCHINDLER ELEVATOR CORPORATION and ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

INDEX OF EXHIBITS FOR NOTICE OF REMOVAL

| | | |
|---|---|---|
| A. | 02-21-2025 | Complaint |
| B. | 03-06-2025 | Issued Summons (Schindler/City of Charlotte) |
| C. | 03/14/2025 | Affidavit of Service - City of Charlotte |
| D. | 04-01-2025 | Schindler's Motion for Extension of Time to Answer Complaint |
| E. | 04-01-2025 | Order Granting Schindler's Extension of Time to Answer Complaint |
| F. | 04/15/2025 | City of Charlotte's Answer |
| G. | 04/15/2025 | City of Charlotte's Motion to Dismiss |
| H. | 05-05-2025 | Schindler's Motion to Dismiss |
| I. | 05-05-2025 | Schindler Elevator Corporation's Notice of Hearing |
| J. | 06-10-2025 | Plaintiff's Motion for Leave to Amend Complaint |
| K. | 06-26-2025 | Affidavit of Service-Schindler |
| L. | 06-30-2025 | Defendants' Consent to Plaintiff's Motion to Amend Complaint |
| M. | 06-30-2025 | Notice of Dismissal – City of Charlotte |
| N. | 06-30-2025 | Plaintiff's First Amended Complaint |
| O. | 06-30-2025 | Issued Summons – Zurich |
| P. | 07-01-2025 | Schindler's Withdrawal of Motion to Dismiss, Without Prejudice |

950017-51/6939330