# AFFIDAVIT OF SERVICE

| Case: 25CV009862-590 | Court: IN THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, MECKLENBURG COUNTY, NORTH CAROLINA | County: MECKLENBURG | Job: 12827557 (ARLEE WALLACE) |
|---|---|---|---|
| Plaintiff / Petitioner: ARLEE WALLACE | | Defendant / Respondent: SCHINDLER ELEVATOR CORPORATION AND THE CITY OF CHARLOTTE | |
| Received by: Encore Legal Process | | For: The Payne Firm, P.C. | |
| To be served upon: THE CITY OF CHARLOTTE- VI LYLES | | | |

I, Eric Backmon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: THE CITY OF CHARLOTTE- VI LYLES, 600 EAST 4TH STREET, CHARLOTTE, NC 28202
Manner of Service: Authorized, Mar 6, 2025, 11:29 am EST
Documents: CIVIL SUMMONS, COMPLAINT (JURY TRIAL DEMANDED)

Additional Comments:
1) Successful Attempt: Mar 6, 2025, 11:29 am EST at 600 EAST 4TH STREET, CHARLOTTE, NC 28202 received by THE CITY OF CHARLOTTE- VI LYLES. Age: 30-34; Ethnicity: Hispanic; Gender: Female; Weight: 180-200; Height: 5'3"; Hair: Black; Documents accepted by Milena Price, Special Assistant to the Mayor of the City of Charlotte (Vi Lyles) and authorized to accept.

Eric Backmon     Date 03/11/25

Encore Legal Process
5444 Westheimer, Suite 1000
Houston, Texas 77056
800-914-0365

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 3.11.2025     Commission Expires 6.19.28

TATIANA RAMOS
Notary Public - North Carolina
Wake County
My Commission Expires Jun 19, 2028

**EXHIBIT C**