NORTH CAROLINA

COUNTY OF MECKLENBURG

ARLEE WALLACE,

        Plaintiff

v.

SCHINDLER ELEVATOR CORPORATION
and the CITY OF CHARLOTTE,

        Defendants.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV009862-590

**DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S MOTION FOR
EXTENSION OF TIME TO ANSWER
COMPLAINT OR OTHERWISE PLEAD**

        Defendant, Schindler Elevator Corporation ("Schindler"), pursuant to Rule 6(b) of the Rules of Civil Procedure and Rule 4 of the Supplemental Rules adopted pursuant to G.S. Section 7A-34, before the time for responses expires, moves for an Order extending the time within which Schindler may serve its answer or other response to Plaintiff Arlee Wallace's Complaint until May 6, 2025.

        In support of this Motion, the undersigned submits unto the court that Schindler was served with Plaintiff's Summons and Complaint through its registered agent on March 7, 2025; that the time for serving its answer or other response has not yet expired; and that Defendant, Schindler Elevator Corporation, needs additional time within which to prepare and serve its answer or other response to the Complaint.

**EXHIBIT D**

This the 1ˢᵗ day of April, 2025.

YOUNG MOORE AND HENDERSON, P.A.

BY:    */s/ Walter E. Brock, Jr.*
       WALTER E. BROCK, JR.
       N.C. State Bar No.: 8195
       DAVID W. EARLEY
       N.C. State Bar No. 46577
       3101 Glenwood Avenue, Suite 200
       Raleigh, NC  27612
       Ph:  919-782-6860
       Fax:  919-782-6753
       Email:  Walter.Brock@youngmoorelaw.com
       Email:  David.Earley@youngmoorelaw.com
       *Counsel for Defendant Schindler Elevator*
       *Corporation*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing document has been electronically filed with the Clerk of Court and served upon the attorneys and/or parties shown below by the automated Notification of Service generated by the court's electronic-filing system, and/or via U.S. mail.

This the 1st day of April, 2025.

YOUNG MOORE AND HENDERSON, P.A.

BY:    /s/ Walter E. Brock, Jr.
       WALTER E. BROCK, JR.
       N.C. State Bar No.: 8195
       DAVID W. EARLEY
       N.C. State Bar No. 46577
       3101 Glenwood Avenue, Suite 200
       Raleigh, NC 27612
       Ph: 919-782-6860
       Fax: 919-782-6753
       Email: Walter.Brock@youngmoorelaw.com
       Email: David.Earley@youngmoorelaw.com
       *Counsel for Defendant Schindler Elevator Corporation*

Served on:

Christina M. Mason
The Payne Firm, P.C.
112 south Tryon Street, Suite 1560
Charlotte, NC 28202
cmason@paynelawfirm.com
 *Attorneys for Plaintiff*

City of Charlotte
600 East 4th Street
Charlotte, NC 28202

950017-51/6827921