Mecklenburg County Clerk of Superior Court

FILED
DATE: April 1, 2025
TIME: 3:08:13 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: R. Smith

NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV009862-590

ARLEE WALLACE,

    Plaintiff

v.

SCHINDLER ELEVATOR CORPORATION and the CITY OF CHARLOTTE,

    Defendants.

**ORDER GRANTING DEFENDANT SCHINDLER ELEVATOR CORPORATION'S MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT OR OTHERWISE PLEAD**

Based upon the foregoing Motion, and for good cause shown, it is

ORDERED

that Defendant, Schindler Elevator Corporation, may have until and including May 6, 2025, within which to serve its answer or other response to the Plaintiff's Complaint in this action.

4/1/2025 3:08:08 PM

This ____ day of April, 2025.

_____
Clerk of the Superior Court

950017-51/6827942

**EXHIBIT E**