| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 25CV009862-590 |

| | |
|---|---|
| ARLEE WALLACE,<br><br>      Plaintiff<br>v.<br><br>SCHINDLER ELEVATOR CORPORATION and the CITY OF CHARLOTTE,<br><br>      Defendants. | **SCHINDLER ELEVATOR CORPORATION'S MOTION TO DISMISS** |

Defendant, Schindler Elevator Corporation ("Schindler"), pursuant to Rules 4, 12(b)(6) and 12(c) of the North Carolina Rules of Civil Procedure and the Judicial District Administrative Order Amending Local Rule 12, moves the Court for dismissal of the Complaint based on the bar of the three-year statute of limitations at NCGS 1-52(5), and shows the Court as follows:

1. Plaintiff alleges she was injured on March 3, 2022, on a walkway at the Charlotte Douglas International Airport serviced by Schindler.

2. Plaintiff's Complaint was filed at 5:27 pm on February 21, 2025, in the Mecklenburg County Superior Court. No summons was issued with the filing of the Complaint.

3. A summons was issued by the court on March 6, 2025, at 8:10 am.

4. Rule 4(a) provides that: "Upon the filing of the complaint, summons shall be issued forthwith, and in any event within five days." The summons was not issued within five days.

5. The delay in the issuance of the summons caused the action to discontinue or abate, the filing of the summons does not relate back to the date of the filing of the complaint, and the commencement of the action was delayed until issuance of the summons on March 6, 2025.

**EXHIBIT H**

6. Plaintiff's claims are therefore barred in that her action accrued on March 3, 2022 and was not effectively commenced until March 6, 2025, more than three years from the alleged date of the Plaintiff's accident and accrual of her cause of action.

WHEREFORE Schindler prays the Court that Plaintiff's action be dismissed with prejudice; that the costs be taxed to the Plaintiff; and that the Court grant Schindler such other and further relief as may be just and proposer.

This the 5th day of May, 2025.

YOUNG MOORE AND HENDERSON, P.A.

BY: */s/ Walter E. Brock, Jr.*
WALTER E. BROCK, JR.
N.C. State Bar No.: 8195
DAVID W. EARLEY
N.C. State Bar No. 46577
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: Walter.Brock@youngmoorelaw.com
Email: David.Earley@youngmoorelaw.com
*Counsel for Defendant Schindler Elevator Corporation*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing document has been electronically filed with the Clerk of Court and served upon the attorneys and/or parties shown below by the automated Notification of Service generated by the court's electronic-filing system, and/or via U.S. mail.

This the 5th day of May, 2025.

        YOUNG MOORE AND HENDERSON, P.A.

BY:   /s/ Walter E. Brock, Jr.
      WALTER E. BROCK, JR.
      N.C. State Bar No.: 8195
      DAVID W. EARLEY
      N.C. State Bar No. 46577
      3101 Glenwood Avenue, Suite 200
      Raleigh, NC 27612
      Ph: 919-782-6860
      Fax: 919-782-6753
      Email: Walter.Brock@youngmoorelaw.com
      Email: David.Earley@youngmoorelaw.com
      *Counsel for Defendant Schindler Elevator Corporation*

Served on:

Christina M. Mason
The Payne Firm, P.C.
112 south Tryon Street, Suite 1560
Charlotte, NC 28202
cmason@paynelawfirm.com
*Attorneys for Plaintiff*

Robert D. McDonnell
Attorney at Law
1225 Biltmore Drive
Charlotte, NC 28207
robert@rdmcdonnelllaw.com
*Attorney for City of Charlotte*

950017-51/6866628