| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 25CV009862-590 |

ARLEE WALLACE,

       Plaintiff

v.

SCHINDLER ELEVATOR CORPORATION
and the CITY OF CHARLOTTE,

       Defendants.

**SCHINDLER ELEVATOR CORPORATION'S NOTICE OF HEARING**

Please take notice that Defendant Schindler Elevator Corporation, by and through counsel, will bring on for hearing its Motion to Dismiss on July 7, 2025, at 2:30 p.m., or as soon thereafter as it may be heard, in Mecklenburg County Superior Court, via webex, Mecklenburg County Courthouse, Charlotte, North Carolina. Counsel for Defendant Schindler estimates the hearing will last approximately 30 minutes.

*Please sign into the link below five minutes prior to the start time of your scheduled hearing. Please make certain your microphone is on mute prior to entering the hearing and your video is turned on at all times.*
*The remote Superior Court meeting rooms can be accessed by going to https://nccourts.webex.com/meet/meckcr6310.sh and selecting the "JOIN" tab. If you are unable to attend by video, you may join via phone by calling: 1-415-655-0001 US Toll and using Access code: 126 653 3213*

1. *Please remember that, although this is a remote hearing, it is still an official court appearance. So normal courtroom decorum and dress codes still apply.*
2. *In compliance with North Carolina law, this hearing is open to the public.*
3. *This hearing is being recorded by the Clerk of Court and will be maintained for purposes of establishing the official record.*
4. *Any other recording of this hearing is expressly prohibited, just as if we were appearing live in a courtroom, and anyone who makes an unauthorized recording may be subject to contempt of court.*
5. *All parties to the lawsuit should turn on their video.*
6. *Everyone should place themselves on "mute" and remain muted throughout the hearing unless it is your turn to speak.*

**EXHIBIT I**

7. *To avoid talking over each other, please wait until the Court calls on you to speak.*
8. *And if you wish to be heard out of turn, please use the "raise hand" feature in WebEx. You may access that feature by clicking the "participants" button at the bottom of the screen. Once the participant list appears on the right-hand side of the window, hover over your name and a "raise hand" icon will appear. You may click the "raise hand" icon to obtain the court's attention or to lower your hand once recognized.*
9. *When it is your turn to speak, please speak slowly and clearly.*
10. *If you have documents you wish to electronically share with the Court and opposing party, please use the "share" button at the bottom of your screen.*

==All Briefs== *in Superior Court cases must be emailed to the Superior Court Judicial Assistant at* D26.Briefs@nccourts.org *no later than two business days prior to the hearing on the motion.* ==The subject line of the email must contain the session date and the case number and caption==. *All counsel of record and pro se parties shall be served in compliance with Rule 5 of the NC Rules of Civil Procedure absent stipulation or agreement otherwise.*

This the 5th day of May, 2025.

                           YOUNG MOORE AND HENDERSON, P.A.

BY:    */s/ Walter E. Brock, Jr.*
         WALTER E. BROCK, JR.
         N.C. State Bar No.: 8195
         DAVID W. EARLEY
         N.C. State Bar No. 46577
         3101 Glenwood Avenue, Suite 200
         Raleigh, NC 27612
         Ph: 919-782-6860
         Fax: 919-782-6753
         Email: Walter.Brock@youngmoorelaw.com
         Email: David.Earley@youngmoorelaw.com
         *Counsel for Defendant Schindler Elevator Corporation*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing document has been electronically filed with the Clerk of Court and served upon the attorneys and/or parties shown below by the automated Notification of Service generated by the court's electronic-filing system, and/or via U.S. mail.

This the 5th day of May, 2025.

        YOUNG MOORE AND HENDERSON, P.A.

BY:   */s/ Walter E. Brock, Jr.*
       WALTER E. BROCK, JR.
       N.C. State Bar No.: 8195
       DAVID W. EARLEY
       N.C. State Bar No. 46577
       3101 Glenwood Avenue, Suite 200
       Raleigh, NC 27612
       Ph: 919-782-6860
       Fax: 919-782-6753
       Email: Walter.Brock@youngmoorelaw.com
       Email: David.Earley@youngmoorelaw.com
       *Counsel for Defendant Schindler Elevator Corporation*

Served on:

Christina M. Mason
The Payne Firm, P.C.
112 south Tryon Street, Suite 1560
Charlotte, NC 28202
cmason@paynelawfirm.com
*Attorneys for Plaintiff*

Robert D. McDonnell
Attorney at Law
1225 Biltmore Drive
Charlotte, NC 28207
robert@rdmcdonnelllaw.com
*Attorney for City of Charlotte*

950017-51/686867