STATE OF NORTH CAROLINA            IN THE GENERAL COURT OF JUSTICE
                                   SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG              Case No. 25CV009862-590

---

| | | |
|---|---|---|
| ARLEE WALLACE | ) | |
| | ) | |
| Plaintiff, | ) | MOTION TO |
| v. | ) | AMEND |
| | ) | |
| SCHINDLER ELEVATOR CORPORATION and the CITY of CHARLOTTE | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND ORIGINAL PETITION

COMES NOW the Plaintiff, **Arlee Wallace** (hereinafter referred to as "Plaintiff"), and respectfully moves this Honorable Court for leave to amend her Original Complaint pursuant to Rule 15(a) of the North Carolina Rules of Civil Procedure. In support thereof, Plaintiff would respectfully show the Court as follows:

1. Plaintiff filed her Original Complaint on February 24, 2025, and summons was issued on March 6, 2025. The statute of limitations for physical damages expired on March 3, 2025.

2. Pursuant to Rule 15(a) of the North Carolina Rules of Civil Procedure, a party may amend a pleading only by written consent of the opposing party or by leave of court. The Court is instructed to freely grant such leave when justice so requires.

3. Plaintiff seeks leave to amend her Complaint in good faith and without undue delay, in order to more accurately state her causes of action against the named Defendants and to

1

EXHIBIT J

assert an additional claim imposing liability on Zurich American Insurance Company.

4. Specifically, Plaintiff seeks to allege a cause of action against Zurich American Insurance Company for violation of N.C. Gen. Stat. § 75-1.1, which would further support liability against Defendant Schindler Elevator Corporation.

5. Pursuant to N.C. Gen. Stat. § 75-16.2, claims arising under § 75-1.1 are subject to a four-year statute of limitations. Additionally, under **§ 75-8**, each week a violation continues constitutes a separate offense.

6. This motion is not brought for the purposes of delay or with any improper motive, but rather in the interest of justice and in accordance with the governing procedural rules.

WHEREFORE, Plaintiff Arlee Wallace respectfully prays that this Honorable Court enter an Order granting leave to amend her Original Complaint to include the aforementioned claims and allegations, and for such other and further relief as the Court deems just and proper. Alternatively, and in light of the pending nature of this Motion, Plaintiff respectfully requests an Order supplementing her Original Complaint with the Amended Complaint and granting such other and further relief as is appropriate under the circumstances.

**Respectfully submitted**, this the 10th day of June 2025.

THE PAYNE FIRM, P.C.

By: *Christina Mason*
CHRISTINA M. MASON
North Carolina State Bar No. 60992
112 South Tryon Street Ste. 1560
Charlotte, NC 28202
Telephone:704-529-9000
Facsimile:704-900-6021
Email: cmason@paynelawfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **MOTION FOR LEAVE TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT and PROPOSED ORDER** on all of the parties to this cause by:

☐ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

☐ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

☐ Telecopying a copy hereof to the attorney for each said party as follows:

☒ Via electronic mail addressed to the attorney for each said party as follows:

| | |
|---|---|
| **Robert D. McDonnell**<br>1225 Biltmore Drive<br>Charlotte NC 28207<br>robert@rdmecdonnelllaw.com<br>NC BAR 5035<br>*Attorney for City of Charlotte* | **YOUNG MOORE AND HENDERSON, P.A.**<br>**Walter E. Brock, Jr.**<br>N.C. State Bar No.: 8195<br>**David W. Earley**<br>N.C. State Bar No. 46577<br>3101 Glenwood Avenue, Suite 200<br>Raleigh, NC 27612<br>Ph: 919-782-6860<br>Fax: 919-782-6753<br>Walter.Brock@youngmoorelaw.com<br>David.Earley@youngmoorelaw.com<br>*Counsel for Defendant Schindler Elevator Corporation* |

This the 10th day of June 2025.

**THE PAYNE FIRM P.C.**

BY: *[signature: Christina Mason]*

Christina M. Mason, State Bar No.60992
*Attorney for Plaintiff*
112 S. Tryon Street, Ste. 1560
Charlotte, North Carolina 28208
Telephone: (704) 529-9000
Facsimile: (704) 900-6021