# AFFIDAVIT OF SERVICE

| Case:<br>25CV009862-590 | Court:<br>IN THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, MECKLENBRG COUNTY, STATE OF NORTH CAROLINA | County:<br>MECKLENBURG | Job:<br>12827451 (ARLEE WALLACE) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ARLEE WALLACE | | Defendant / Respondent:<br>SCHINDLER ELEVATOR CORPORATION AND THE CITY OF CHARLOTTE | |
| Received by:<br>Encore Legal Process | | For:<br>The Payne Firm, P.C. | |
| To be served upon:<br>SCHINDLER ELEVATOR CORPORATION | | | |

I, Eric Deal, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SCHINDLER ELEVATOR CORPORATION, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

**Manner of Service:** Authorized, Mar 7, 2025, 2:30 pm EST

**Documents:** CIVIL SUMMONS, COMPLAINT (JURY TRIAL DEMANDED)

**Additional Comments:**
1) Successful Attempt: Mar 7, 2025, 2:30 pm EST at SCHINDLER ELEVATOR CORPORATION: 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324 received by SCHINDLER ELEVATOR CORPORATION. Age: 30+; Ethnicity: African American; Gender: Male; Weight: 180; Height: 5'8"; Hair: Black;
Served upon Timothy Goode, Intake Specialist.

_____     3-11-25
Eric Deal SPS #336                                    Date

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

3-11-25
Date                         Commission Expires

Encore Legal Process
5444 Westheimer, Suite 1000
Houston, Texas 77056
800-914-0365

EVERTON BAGGOO
Notary Public · State of Florida
Commission # HH 592479
My Comm. Expires Jan 5, 2029
Bonded through National Notary Assn.

**EXHIBIT K**