| STATE OF NORTH CAROLINA | File No. 25CV009862-590 |
|---|---|

_____Mecklenburg_____ County

In The General Court Of Justice
☐ Small Claims ☐ District ☒ Superior Court Division

**Name Of Plaintiff**
Arlee Wallace

**VERSUS**

**Name Of Defendant**
City of Charlotte, Schindler Elevator Corpration, Zurich American Ir

## NOTICE OF VOLUNTARY DISMISSAL
☒ **COMPLAINT**
☐ **COUNTERCLAIM**
☐ **OTHER** _____

G.S. 1A-1, Rule 41

*Complete the following information if known:*

| Court Date | Time | | Location |
|---|---|---|---|
| 07/07/2025 | 2:30 | ☐ AM ☒ PM | Mecklenburg County Courthouse |

☐ The plaintiff gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice
in this case as to all of the defendants.

☒ The plaintiff gives notice of voluntary dismissal ☒ with prejudice ☐ without prejudice
in this case as to only the defendants named below and this case remains open as to defendants not listed.
*(Name of defendants for whom dismissal taken.)*
City of Charlotte

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice
of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice
in this case as to only the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed.
*(Name of plaintiffs for whom dismissal taken.)*

☐ Other:

| Date | Plaintiff Or Attorney |
|---|---|
| 06/30/2025 | *Christina Mason* |

| Date | Defendant Or Attorney |
|---|---|
| | |

**NOTE TO CITY OR COUNTY PLAINTIFF:** *If, pursuant to G.S. 7A-317, you were not required to pay all costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. See G.S. 1A-1, Rule 41(d).*

Case 3:25-cv-00556-MOC-SCR    Document 1-14    Filed 07/29/25    Page 1 of 1
Electronically Filed Date: 6/30/2025 4:10 PM Mecklenburg County Clerk of Superior Court

**EXHIBIT M**