| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 25CV009862-590 |

ARLEE WALLACE,

       Plaintiff

v.

SCHINDLER ELEVATOR CORPORATION
and ZURICH AMERICAN INSURANCE
COMPANY,

       Defendants.

**SCHINDLER ELEVATOR CORPORATION'S WITHDRAWAL OF MOTION TO DISMISS, WITHOUT PREJUDICE**

    Defendant, Schindler Elevator Corporation ("Schindler"), pursuant to Rules 4, 12(b)(6) and 12(c) of the North Carolina Rules of Civil Procedure and the 26th Judicial District Superior Court Division Local Rule 12.6, hereby withdraws its Motion to Dismiss, without prejudice, as moot due to the filing of Plaintiff's amended complaint.

    Pursuant to the Consent to Motion to Amend Complaint, Plaintiff's Amended Complaint was filed on June 30, 2025.

    This the 1st day of July, 2025.

                        YOUNG MOORE AND HENDERSON, P.A.

            BY:    */s/ Walter E. Brock, Jr.*
                     WALTER E. BROCK, JR.
                     N.C. State Bar No.: 8195
                     DAVID W. EARLEY
                     N.C. State Bar No. 46577
                     3101 Glenwood Avenue, Suite 200
                     Raleigh, NC 27612
                     Ph: 919-782-6860
                     Fax: 919-782-6753
                     Email: Walter.Brock@youngmoorelaw.com
                     Email: David.Earley@youngmoorelaw.com
                     *Counsel for Defendant Schindler Elevator Corporation*

**EXHIBIT P**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing document has been electronically filed with the Clerk of Court and served upon the attorneys shown below by the automated Notification of Service generated by the court's electronic-filing system.

This the 1st day of July, 2025.

YOUNG MOORE AND HENDERSON, P.A.

BY: */s/ Walter E. Brock, Jr.*
WALTER E. BROCK, JR.
N.C. State Bar No.: 8195
DAVID W. EARLEY
N.C. State Bar No. 46577
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: Walter.Brock@youngmoorelaw.com
Email: David.Earley@youngmoorelaw.com
*Counsel for Defendant Schindler Elevator Corporation*

Served on:

Christina M. Mason
The Payne Firm, P.C.
112 south Tryon Street, Suite 1560
Charlotte, NC 28202
cmason@paynelawfirm.com
*Attorneys for Plaintiff*

950017-51/6937692